UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD STRONG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:08CV1917 JCH |
| | ) | **CAPITAL HABEAS** |
| DONALD P. ROPER, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion to proceed in forma pauperis and motion for appointment of counsel.

The Court has reviewed petitioner's financial affidavit and finds that petitioner should be allowed to proceed in forma pauperis. 28 U.S.C. § 1915(a).

Pursuant to 18 U.S.C. § 3006A and 18 U.S.C. § 3599, the Court will grant petitioner's motion for appointment of counsel. See McFarland v. Scott, 512 U.S. 849, 854 (1994) (federal capital habeas proceeding is commenced by the filing of a motion requesting the appointment of counsel). The Court further finds that the attorneys whom the Court will appoint satisfy the requirements of § 3599(b).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis [Doc. #3] is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel [Doc. #1] is **GRANTED.**

**IT IS FURTHER ORDERED** that Jennifer Herndon, 224 North Highway 67, #122, Florissant, Missouri 63031, telephone number (314) 831-5531, and Michael J. Gorla, 720 Olive Street, Suite 1630, St. Louis, Missouri 63101, telephone number (31) 621-1617 are hereby appointed as counsel for petitioner.

Dated this 21st Day of January, 2009.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE