UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD STRONG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:08CV01917 JCH |
| ) | |
| DONALD P. ROPER, ) | |
| ) | |
| Respondent. ) | |

### **ORDER OF DISMISSAL**

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Petitioner Richard Strong's Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a Person in State Custody is **DENIED**, and his claims are **DISMISSED** with prejudice.

Dated this 29th day of June, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE